IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **RODNEY HAYSLIP,** : | |
| : | Case No. 2:17-cv-0584 |
| **Plaintiff,** : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | **Magistrate Judge Deavers** |
| **GENUINE PARTS COMPANY, et al.,** : | |
| : | |
| : | |
| **Defendants.** : | |

## OPINION & ORDER

This matter is before the Court on a Stipulated Motion to Dismiss with Prejudice by Defendants Genuine Parts Company d/b/a NAPA and/or RMDS ("Genuine Parts Company"); Balkamp Inc. d/b/a Automotive Redistribution Center; TransForce, Inc; and Benjamin Devries. (ECF No. 97). Pursuant to Federal Rule of Civil Procedure 41, the parties have agreed to dismiss certain claims as part of their settlement. Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** Defendant Genuine Parts Company's Cross Claim against Defendants TransForce, Inc. and Benjamin Devries. Additionally, the Court **DISMISSES WITH PREJUDICE** Defendant TransForce, Inc.'s Cross Claim for indemnification against Genuine Parts Company.

This Court retains jurisdiction over this matter for purposes of enforcing the settlement, including the resolution of any liens. Each party is to bear its own costs related to this case. This action is now terminated.

IT IS SO ORDERED.

DATED:  December 30, 2020

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE